# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 4, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

160442(79)

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

ZACHARY HAWKINS,
Plaintiff-Appellant,

v

NORFOLK SOUTHERN RAILWAY
COMPANY,
Defendant-Appellee.
_____/

SC: 160442
COA: 340338
Wayne CC: 15-014421-CZ

On order of the Chief Justice, the motion of plaintiff-appellant to extend the time for filing his reply is GRANTED. The reply will be accepted as timely filed if submitted on or before December 23, 2019.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 4, 2019



Clerk